UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x        Civil Action #: 1:08-CV-6413
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
a/s/o AMANDA R. FISHER                                         PLAINTIFF'S DISCLOSURE
                                                               PURSUANT TO F.R.C.P. 7.1
        Plaintiff,

  -against-

UNITED STATE DEPARTMENT OF
THE ARMY and THOMAS GROTH

        Defendants.
------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Plaintiff State Farm Fire & Casualty Company, certify that:

  (1) State Farm Fire & Casualty Company is a stock insurance company and a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, its parent. No publicly held company owns 10% or more of its stock.

Dated: Jericho, New York
   July 21, 2008

            LAW OFFICES OF STUART D. MARKOWITZ, P.C.

            s/Stuart D. Markowitz
            Stuart D. Markowitz, Esq.
            Attorneys for Plaintiff
            Bar Roll No. 6817
            575 Jericho Turnpike, Suite 210
            Jericho, New York 11753
            Tel: (516) 935-3500
            Fax: (516) 935-3599
            E-mail: smarkowitz@markowitz-law.com

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  )
COUNTY OF NASSAU  )

EILEEN MOYLAN, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at HICKSVILLE, New York.

On July 23, 2008, deponent served the within PLAINTIFF'S DISCLOSURE PURSUANT TO F.R.C.P. 7.1 on the following attorney(s) set forth below in the action, and at the addresses designated by said attorney(s) and by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post-office under the exclusive care and custody of the United States Postal Service within the State of New York.

**DEPARTMENT OF THE ARMY**
UNITED STATES MILITARY ACADEMY
646 Swift Road
West Point, New York 10996

**THOMAS GROTH**
Company C 230 Signal Btn
Orangeburgh, NY 10962

_____
EILEEN MOYLAN

Sworn to before me this 23
day of July, 2008

_____
Notary Public

LESLIE GORDON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6028652
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES AUGUST 2, 20 09