```
USDS SDNY
DOCUMENT
ELECTRONICALLY F[]
DOC #: _____
DATE FILED: 7-25-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STATE FARM MUTUAL AUTOMOBILE          :
INSURANCE COMPANY a/s/o AMANDA        :
R. FISHER,                            :
                                      :
                    Plaintiff,        :     08 Civ. 6413(VM)
                                      :
    - against -                       :     **ORDER FOR REASSIGNMENT**
                                      :     **TO WHITE PLAINS**
UNITED STATES DEPARTMENT OF THE       :
ARMY and THOMAS GROTH,                :
                                      :
                    Defendant.        :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter the Court notes that plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") asserts that it is a foreign corporation doing business in New York, in this case acting as subrogor of Amanda R. Fisher ("Fisher"); that defendant United States Department of the Army (the "Army") is an agency of the United States Government; and that defendant Thomas Groth ("Groth") is a resident of the State of New York. The complaint as supplemented by representations to the Court by State Farm's counsel indicates that the events giving rise to the claims asserted in the underlying action occurred in Clarkston, New York and arose out of certain property damage and expenses allegedly suffered by Fisher as a result of the negligent operation of an Army vehicle driven by Groth. It therefore appears that in whole or in major part this action arose in Rockland County and that all or substantial parts of the material events,

documents, persons and potential witnesses related to this action are located in Rockland County. Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         25 July 2008

_____
VICTOR MARRERO
U.S.D.J.