**STATE OF NEW YORK**                    **COUNTY OF**                    INDEX # :    08-CV-6413
**UNITED STATES DISTRICT COURT**                                          Date Filed :    July 17, 2008
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY(S): State Farm : Law Offices of Stuart D. Markowitz P.C.   PH: 516-935-3500
ADDRESS: 575 Jericho Tpke Ste 210  Jericho  NY  11753   File No.:

*State Farm Mutual Automobile Insurance Company a/s/o Amanda R. Fisher*

vs                                                                    Plaintiff(s)/Petitioner(s)

*United States Department of the Army and Thomas Groth*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                        **AFFIDAVIT OF SERVICE**

_____Denise Klass_____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On ____July 31, 2008____ at _____ ,

at _____ The Pentagon , Washington DC, 20350 _____ , deponent served the within

Summons in a Civil Action and Complaint

on: _____ Department of the Army _____ , ____Defendant____ therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
☐            therein.

**#2 CORPORATION** By delivering thereat a true copy of each to_____ personally, deponent knew the person so served
☐            to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE**
**AGE PERSON** By delivering a true copy of each to_____ a person of suitable age and discretion.
☐            Said premises is recipient's: [  ] actual place of business    [  ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING**
**TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [  ] actual place of business   [  ] dwelling house
☐            (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____ .

**#5 MAIL COPY** On _____ , deponent completed service by depositing a true copy of each document to the above address
☐            in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
☐            Sex: _____ Color of skin: _____ Color of hair: _____ Age: _____ Height: _____
(use with #1, 2 or 3) Weight: _____ Other Features: _____

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
☐

**#8 MILITARYSRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
☐            of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER** CERTIFIED MAIL RETURN RECEIPT REQUESTED  70070220000392389862
☒

Sworn to before me on _____ August 1, 2008

_____                              _____
PATRICIA ROTHFRITZ                                          Denise Klass
NOTARY PUBLIC, State of New York                        Server's Lic #
01R06055503, Nassau County                          Invoice•Work Order # 0810162
Term Expires February 26, 2011